**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSHUA TODD WOOLRIDGE, | ) | NO. EDCV 08-1237-R (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to the Court's concurrently-filed Order Dismissing Petition in EDCV 08-1237-R (MAN), and Construing Petition as Motion to Amend in EDCV 07-1482-R (MAN), and pursuant to Rule 4 of the Rules Governing Section 2254 Habeas Cases in the United States District Courts,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  November 24, 2008 .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE